DOCKET No. s3 20cr57 (GBD)  DEFENDANT Yonette Respass

AUSA Michael Longyear  DEF.'S COUNSEL Mark Stein
☐ RETAINED ☐ FEDERAL DEFENDERS ☒ CJA ☐ PRESENTMENT ONLY
☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.  DATE OF ARREST 2/19/2020  ☐ VOL. SURR
TIME OF ARREST 9 AM  ☐ ON WRIT
☐ Other: Bail Modification  TIME OF PRESENTMENT 11:28 AM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE  ☐ DETENTION: RISK OF FLIGHT/DANGER  ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☒ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $50,000 PRB  ☒ 2 FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☒ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☒ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☒ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☒ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION  ☒ HOME DETENTION  ☐ CURFEW  ☒ ELECTRONIC MONITORING  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☒ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☒ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☒ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: 3/4/2020

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Order Modified to include all conditions directed by Court on 2/19/20:
Home detention at defendant's apartment located at 152 Tier Street, Bronx NY.
Continued mental health treatment as per existing conditions of supervised release in prior case.
No contact with co-defendants outside the presence of counsel.
Defendant not to create new social media accounts without advance permission of PTS.
Defendant not to use social media to send private messages, only public messages.
Defendant not to acquire or use new cellphones or other personal communication devices without advance permission of PTS.
Defendant to give Probation and Pretrial access to social media accounts.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY  ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED  ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED  ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____  ☐ ON DEFENDANT'S CONSENT

Defendant's counsel shall serve a copy of this
DATE: 2/21/20 order upon defendant and
all co-signers.

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE  PINK – U.S. ATTORNEY'S OFFICE  YELLOW – U S MARSHAL  GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016