**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-                            ORDER

DARON GOODMAN et al.,          20 Crim. 57 (GBD)

                    Defendants.
------------------------------------ x

GEORGE B. DANIELS, District Judge:

The status conference scheduled for September 14, 2022 as to all Defendants is adjourned to November 16, 2022 at 10:00 a.m. On the Government's motion, made with Defendants' consent, time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

Dated: September 8, 2022
       New York, New York

                                      SO ORDERED.

                                      *George B. Daniels*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE