UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

YONETTE RESPASS,

                        Defendant.

------------------------------------- x

ORDER

20 Crim. 57-9 (GBD)
23 Crim. 189 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's May 24, 2023 letter request to modify her bail conditions to allow her greater domestic travel is DENIED.

Pre-Trial Services may authorize appropriate, limited out-of-state travel for work purposes only, on a case-by-case basis, upon prior satisfactory proof that an actual job exists.

The Clerk of Court is directed to close the open motion at ECF No. 645 accordingly.

Dated: New York, New York
       June 1, 2023

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge